UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>KASSANDRA SANCHEZ,<br><br>                    Defendant. | Case No.:  21-CR-2441-JAH<br><br>**ORDER TO PRESERVE EVIDENCE** |

**IT IS HEREBY ORDERED** that the Government is to preserve any and all relevant and/or material evidence, including the following items:

1) any and all video, audio and photo-recordings of Ms. Sanchez on the date of the detention, search and arrest at the San Ysidro Port of Entry on June 24, 2021;

2) all items seized from Ms. Sanchez on June 24, 2021, including the 2006 Honda Civic she was driving, all contents of the vehicle, any and all cell phones, papers and photos;

3) the vehicle which Ms. Sanchez was driving on June 24, 2021, and;

///
///
///
///

4) the 6.18 kilograms of methamphetamine found pursuant to the search of the Honda Civic on June 24, 2021.

**IT IS SO ORDERED.**

DATED: September 6, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE